IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:20-cr-00202-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JALEEL DUNCAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's unopposed Motion to Reschedule Sentencing [DE 57]. For good cause shown, Defendant's motion is GRANTED. The sentencing hearing in this matter is rescheduled to May 17, 2021 at 2:00 p.m. in Courtroom 160, 1003 S. 17th Street, Wilmington, North Carolina.

SO ORDERED this 4th day of May, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE