IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-CR-00202-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JALEEL DUNCAN,<br><br>    Defendant. | ORDER |

This matter comes before the court on Defendant's pro se Motion for Sentence Reduction under 18 U.S.C. § 3583(c)(1)(A) [DE 70]. In accordance with Standing Order 19-SO-3, the court directed the Federal Public Defender to appoint counsel to represent Defendant for the limited purpose of determining whether the defendant may qualify to seek a reduction of his sentence. DE 72. On June 28, 2023, Sherri Royall Alspaugh filed a Notice of Limited Appearance. DE 73. However, Ms. Alspaugh has filed nothing in this case since that time.

Accordingly, on or before January 31, 2024, defense counsel shall file a memorandum in support of the pending motion or a notice advising whether the defendant may qualify to seek a reduction of sentence. If a memorandum is filed, the United States shall file a response to the motion within twenty-one (21) days after the memorandum is served.

SO ORDERED this 10th day of January, 2024.

                                                                                          RICHARD E. MYERS II<br>
                                                                                          CHIEF UNITED STATES DISTRICT JUDGE